IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | : | |
|---|---|---|
| EVELYN SAFER, | : | |
| | : | |
| Plaintiff, | : | Civil No. 08-3767 (RBK) |
| | : | |
| v. | : | **ORDER** |
| | : | |
| BALLY'S PARK PLACE, INC., et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

THIS MATTER having come before the Court upon its own motion; and

IT APPEARING TO THE COURT that this Court issued an Order on August 5, 2008, stating that it found that the Complaint failed to properly allege subject matter jurisdiction; and

IT FURTHER APPEARING TO THE COURT that this Court ordered Plaintiff to file an Amended Complaint properly alleging the citizenship of every party on or before August 20, 2008, under pain of this Court dismissing this case for lack of subject matter jurisdiction; and

IT FURTHER APPEARING TO THE COURT that Plaintiff has not filed an Amended Complaint within the time allowed;

IT IS HEREBY **ORDERED** that this case be **DISMISSED** for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(h)(3).

Dated:  8/28/08                                             /s/ Robert B. Kugler
                                                            ROBERT B. KUGLER
                                                            United States District Judge